AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocation
           Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | (For **Revocation** of Probation or Supervised Release) |
| | CASE NUMBER: 3:01-cr-00098-BES-RAM |
| **ERIK GERARD CAREY** | USM No.: 36176-048 |
| | Laurence P. Digesti, CJA |
| **THE DEFENDANT:** | DEFENDANT'S ATTORNEY |

( x )   plead no contest to violation of mandatory and standard conditions of the term of supervision.

(   )   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory condition that defendant shall not commit another federal, state or local crime | 12/12/2008 |
| 2 | Standard condition that defendant shall not illegally possess a controlled substance | 12/12/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(   )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in economic circumstances.

JANUARY 22, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

BRIAN E. SANDOVAL, U.S. DISTRICT JUDGE
Name and Title of Judge

1-26-09
Date

___FILED  ___RECEIVED
___ENTERED ___SERVED ON
         COUNSEL/PARTIES OF RECORD

JAN 2 6 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

| DEFENDANT: | Erik Gerard Carey | Judgment - Page 2 |
|---|---|---|
| CASE NUMBER: | 3:01-cr-00098-BES-RAM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____TWENTY-FOUR (24) MONTHS____.

( x )  The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated at a facility in Stafford, Arizona.
If said facility is not available, the Court recommends a facility in Sheridan, Oregon.
The Court recommends that the defendant be given credit for time served commencing on December 19, 2008.

( x )  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
    ( )  at _____ a.m./p.m. on _____
    ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )  before 2 p.m. on _____
    ( )  as notified by the United States Marshal.
    ( )  as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
Deputy U.S. Marshal